UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHER N DIVISION

NO. 7:12-CR-74-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALFREDO ALFONSO-MORALES | ORDER TO<br>CONTINUE ARRAIGNMENT AND<br>TRIAL |

This matter comes before the Court via an unopposed motion by the Office of the Federal Public Defender to continue arraignment and trial in this matter. For good cause shown, it is hereby ORDERED that the arraignment and trial are continued until November 12th, 2012 term.

Because the ends of justice served by this motion outweigh the best interests of the public and the Defendant in a speedy trial, such period of delay resulting from this continuance shall be excluded pursuant to 18 U.S.C. Section 3161(h)(8)(A).

SO ORDERED.

This 23 day of October, 2012.

_____
TERRENCE W. BOYLE
United States District Court Judge